ANDREW F. JESSEN, as Administrator of the Estate of AUGUSTA M. JESSEN, Deceased, Respondent, *v.* J. L. KESNER COMPANY, Appellant.

Reported below, 159 App. Div. 898.
(Argued April 13, 1914; decided April 21, 1914.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 8, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate, alleged to have been occasioned through the negligence of defendant.

The motion was made upon the ground that the defendant had failed to serve a notice of filing of undertaking as required by the Code of Civil Procedure.

*Joseph M. Lesser* for motion.

*Ralph M. Frink* opposed.

Motion denied, without costs. Motion by appellant for leave to file an amended undertaking within ten days granted on payment of ten dollars costs.